[This decision has been published in *Ohio Official Reports* at 92 Ohio St.3d 88.]

ARMENTROUT ET AL., APPELLEES, *v.* ANTHEM CASUALTY INSURANCE
COMPANY, APPELLANT.

[Cite as *Armentrout v. Anthem Cas. Ins. Co.*, 2001-Ohio-153.]

*Discretionary appeal allowed—Court of appeals' judgment reversed on authority
of Davidson v. Motorists Mut. Ins. Co.*

(No. 01-296—Submitted May 30, 2001—Decided June 20, 2001.)

APPEAL from the Court of Appeals for Richland County, No. 2000CA00033.

———————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of
*Davidson v. Motorists Mut. Ins. Co.* (2001), 91 Ohio St.3d 262, 744 N.E.2d 713.

MOYER, C.J., F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ.,
concur.

DOUGLAS and RESNICK, JJ., dissent.

———————————

*Robert E. Kerper, Jr.*, for appellees.

*Lane, Alton & Horst* and *Todd A. Cook*, for appellant.

———————————